IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIV. ACTION NO. 5:11-cv-00153-OLG |
| MOLINA ARCHITECTS, INC., | § § § | |
| Defendant. | § | |

## JOINT ADR REPORT

Pursuant to the Court's April 25, 2012 Scheduling Order (Dkt. #19) and Local Rule CV-88, Plaintiff Hartford Fire Insurance Company ("Hartford") and Defendant Molina Architects, Inc. ("Molina") (collectively referred to as the "Parties") jointly make the following report to the Court regarding ADR:

1. <u>Status of settlement negotiations</u>.  No settlement offers have been exchanged to date.  The Court's April 25, 2012 Scheduling Order, directs Hartford to submit a written offer of settlement by July 26, 2012, and Molina to respond, in writing, by August 9, 2012.

2. <u>The identity of the person responsible for settlement negotiations for each party</u>.  Attorney Nina McDonald is responsible for settlement negotiations for Hartford.  Attorney Brad Sklencar is responsible for settlement negotiations for Molina.

3. <u>Evaluating whether ADR is appropriate in this case</u>.  Mediation may be appropriate in this case once the Parties have conducted some reasonable amount of discovery.

4. The Parties' agreed upon, court-approved mediator is Gary W. Javore, 5802 N.W. Expressway, San Antonio, Texas 78201, (210) 733-6235.

5. The Parties have been informed of the ADR procedures available in this district.

        Respectfully Submitted,

        */s/  Nina S. McDonald*
        MIKE F. PIPKIN
        State Bar No. 16027020
        NINA S. MCDONALD
        State Bar No. 24056282

        **SEDGWICK LLP**
        1717 Main Street, Suite 5400
        Dallas, Texas 75201-7367
        Telephone: (469) 227-8200
        Facsimile: (469) 227-8004

        **ATTORNEYS FOR PLAINTIFF**
        **HARTFORD FIRE INSURANCE COMPANY**

        AND

        */s/  Brad L. Sklencar*
        BRAD L. SKLENCAR
        State Bar No. 18474230
        MICHAEL J. BLACK
        State Bar No. 02384400

        **BURNS & BLACK, PLLC**
        750 Rittiman Road
        San Antonio, Texas  78209-5500
        (210) 829-2020 – Telephone
        (210) 829-2021 – Facsimile

        **ATTORNEYS FOR DEFENDANT**
        **MOLINA ARCHITECTS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, Joint ADR Report, was forwarded to Defendant's counsel of record via electronic notification on this the 25th day of June 2012.

/s/  Nina S. McDonald
NINA S. MCDONALD